FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 02 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01045-BNB

WILLIAM A. MAUNZ,

    Plaintiff,

v.

DENVER COUNTY SHERIFF'S DEPT.,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, William A. Maunz, is an inmate at the Denver County Jail in Denver, Colorado. Mr. Maunz initiated this action by filing *pro se* a document titled "Notice of Intent, Prisoner's/Civil Motion 42 § 1983." On April 26, 2011, Magistrate Judge Boyd N. Boland entered an order directing Mr. Maunz to cure certain deficiencies if he wished to pursue his claims in this action. Specifically, Magistrate Judge Boland ordered Mr. Maunz to file a Prisoner Complaint and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Maunz was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Maunz has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's April 26 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiencies as directed.

DATED at Denver, Colorado, this __2nd__ day of ____June____, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01045-BNB

William A Maunz
Prisoner No. 457517
Denver Van Cise-Simonet Detention Center
490 W Colfax Ave
Denver, CO 80204

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on June 2, 2011.

                               GREGORY C. LANGHAM, CLERK

                               By: _____
                                                Deputy Clerk